AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Troy K. Scheffler,

*Plaintiff,*

v.                                                            Case No. 0:13-cv-00935-SRN-TNL

Hamline University,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Hamline University, a nonprofit corporation and institute of higher education

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J Nickitas
431 S 7th Street, Suite 2446
Minneapolis, MN
55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*                By:                                                  Thomas

Schappa

Date of Issuance:  July 12, 2013

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED
AUG - 9 2013
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| Troy K. Scheffler | 13-CV-935 |
| DEFENDANT | TYPE OF PROCESS |
| Hamline University | Personal |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Board of Trustees Member or Designated Agent
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1536 Hewitt Ave., St. Paul, MN 55104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Peter J. Nickitas Law Office, LLC
P.O. Box 15221
431 S. 7th St., Suite 2446
Minneapolis, MN 55415-0221

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

RECEIVED USMARSHALS SERVICE MPLS 2013 JUL 18 A 11:08

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Hamline University's HQ is 1536 Hewitt Ave, St. Paul, MN 55104. The CEO is Linda Hanson. You may serve her, a member of the Board of Trustees, or any designated agent for service of process.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Peter J. Nickitas
TELEPHONE NUMBER: 651.238.3445
DATE: 7/11/2013

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 41 | 41 | /s/ | 7-18-13 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (if not shown above):
Catherine Wassberg - General Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/24/13
Time: 11:28 am

Signature of U.S. Marshal or Deputy: /s/

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $55 | $7.80 | 0 | $62.80 | 0 | $62.80 |

REMARKS:

---

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)